IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CULVERHOUSE, INC., ) | |
| ) | |
| APPELLANT, ) | |
| ) | |
| v. ) | CASE NO. 1:05cv345-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | (WO) |
| REVENUE, ) | |
| ) | |
| APPELLEE. ) | |

## **FINAL JUDGMENT**

For good cause shown and without opposition having been made, it is hereby ORDERED that the Motion to Render Judgment (Doc. # 21) brought pursuant to Federal Rule of Civil Procedure 58 is hereby GRANTED.  It is further

ORDERED and ADJUDGED that judgment is ENTERED in favor of Appellant Culverhouse, Inc. and against Appellee Alabama Department of Revenue and that costs are TAXED in favor of Appellant Culverhouse, Inc. and against Appellee Alabama Department of Revenue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 27th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE